I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-27-12

DEPUTY CLERK

JS-6 - Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO LYONS,<br><br>  Petitioner,<br><br>vs.<br><br>MATTHEW CATE, et al.,<br><br>  Respondents. | Case No. CV 11-4825-DOC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed and this action is dismissed with prejudice.

DATED: February 22, 2012

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE